UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00CR1125-BTM |
| ) | |
| Plaintiff, ) | ORDER GRANTING JOINT MOTION |
| ) | FOR RESTITUTION COMPROMISE |
| v. ) | SETTLEMENT |
| ) | |
| DONALD ROBERT FLOR, ) | |
| ) | |
| Defendant. ) | |

Having reviewed the Joint Motion for Restitution Compromise Settlement filed on June 21, 2007 by plaintiff, the United States of America and defendant, Donald Robert Flor, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Joint Motion is APPROVED;

2. Defendant Flor's restitution obligation has been compromised pursuant to an independent agreement with the sole victim in the case, Pegasus Gold Corporation Liquidating Trust. The United States has no objection to the compromise. Defendant Flor has paid the victim the agreed upon amount.

3. Defendant Flor's restitution obligation is therefore satisfied in full.

4. Upon entry of this order the United States shall submit to defendant's counsel a release and satisfaction of judgment which defendant's counsel shall record as appropriate.

DATED: June 26, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge