JAMES W. BESHEARS (SBN 89143)
Attorney at Law
110 West "C" Street, Suite 1300
San Diego, CA 92101
Tel: 619/233-7079
Fax: 619/233-1018

Attorney for Debtor



FILED
07 JUN 28 PM 12: 41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 00CR1125-BTM |
| ) | |
| v.  ) | **STIPULATION FOR ENTRY OF SATISFACTION OF JUDGMENT AND ORDER THEREON** |
| DONALD ROBERT FLOR ) | |
| ) | |
| Defendant. ) | |

    This Stipulation for Entry of Satisfaction of Judgment and Order Thereon is made by and between Donald Robert Flor ("Flor") and Pegasus Gold Corporation Liquidating Trust, Attn.: Harrison J. Goldin, Trustee ("Pegasus Gold") with regard to the following facts:

    A.    On or about December 4, 2002, a Judgment in Criminal Case ("Judgment") was entered in the above-entitled proceeding. One of the provisions was for restitution in the amount of $544,600 to be paid to Pegasus Gold. A copy of the Judgment is attached hereto as Exhibit "A."

    B.    On or about February 5, 2003, the United States Attorney recorded a Notice of Lien for Fine and/or Restitution ("Notice of Lien") with the San Diego County Recorder's Office, bearing San Diego Country Recorder Number 2003-0134121. A copy is attached hereto as Exhibit "B."

    C.    Flor and Pegasus Gold reached an agreement to allow Flor to satisfy the restitution provision of the Judgment by accepting payment other than that specified in the Judgment in full satisfaction of the Judgment. Flor performed that agreement. Pegasus Gold confirmed the same to the United States Attorney's Office by correspondence dated January 17, 2006. A copy of that correspondence is attached hereto as Exhibit "C."



1     **NOW, THEREFORE** in order to finalize the documentation that the restitution provision
2 of the Judgment is satisfied, the parties stipulate as follows:
3     1.     Pegasus Gold has accepted payment other than that specified in the Judgment in full
4 satisfaction of the restitution provision of the Judgment.
5     2.     Pegasus Gold consents to an entry of an Order of this Court confirming the restitution
6 requirement of the Judgment is satisfied.

8 Dated: 6-12-07      _____
     Donald Robert Flor

11 Dated: 6-08-07      PEGASUS GOLD CORPORATION LIQUIDATING TRUST

14      _____
     By: Harrison J. Goldin, Trustee

16 **ORDER**

17 In accordance with the above Stipulation for Entry of Satisfaction of Judgment,
18 **IT IS ORDERED** that the restitution provision of the Judgment is satisfied.

20 Dated: June 22, 2007      _____
     Judge, United States District Court

22 Signature by the attorney constitutes a certificate under Rule 11 that the relief provided by the order is the relief granted by the court.

23 Submitted by:

26 JAMES W. BESHEARS, Attorney for Defendant

27 United States of America v. Donald Robert Flor
28 Case No. 00CR1125-BTM

2

1 | STATE OF NEW YORK      )
2 | COUNTY OF _New York_   )
3 |
4 |     Subscribed and sworn to before me, _Theresa A. Bertone_, notary public this _8th_ day
5 | of _June_, 2007 by HARRISON J. GOLDIN, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.
6 |
7 |
8 | _[signature]_                             (SEAL)
   Notary Public

Theresa A Bertone
Notary Public
State Of New York
Qualified Kings County
01BE6040681
Commission Expires 4-24-2010

3

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare that, I am over the age of eighteen years and not a party to the action. I am employed in, or am a resident of the County of San Diego, California. My address is 110 West C Street, Suite 1300, San Diego, California 92101.

On June 12, 2007, I served the following documents by first-class U.S. mail, postage prepaid:

**STIPULATION FOR ENTRY OF SATISFACTION OF JUDGMENT AND ORDER THEREON**

on the parties in this action at the following address(es).

Mary C. Lundberg
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2007, at San Diego, California.

Kay Rowland

AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| DONALD ROBERT FLOR (1) | Case Number: 00CR1125-BTM |
| | EZEKIEL CORTEZ |
| | Defendant's Attorney |

**REGISTRATION NO.** 57661198

**THE DEFENDANT:**

X   pleaded guilty to count(s)   FOURTEEN OF THE INDICTMENT

☐   was found guilty on count(s) _____
     after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1341 | MAIL FRAUD | 14 |
| 18 USC 2 | AIDING AND ABETTING | |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

X   Count(s)   REMAINING COUNTS   ☐ is   X are   dismissed on the motion of the United States.

X   Assessment: $ 100.00 payable within seven (7) days.

X   Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

DECEMBER 2, 2002
Date of Imposition of Sentence

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

Entered Date: DEC 4 2002

00CR1125

--- EXHIBIT "A"

AO 245B (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

| | |
|---|---|
| DEFENDANT: | DONALD ROBERT FLOR (1) |
| CASE NUMBER: | 00CR1125-BTM |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX (6) MONTHS.

*/s/ Barry Ted Moskowitz*
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

X   The court makes the following recommendations to the Bureau of Prisons:
DEFENDANT TO SERVE HIS SENTENCE AT THE CAMP AT LOMPOC.

☐   The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

by 12:00 noon on or this court by 4:00 p.m. on 2-24-03.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

00CR1125

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

| | |
|---|---|
| DEFENDANT: | DONALD ROBERT FLOR (1) |
| CASE NUMBER: | 00CR1125-BTM |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of TWO (2) YEARS.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons unless returned to Mexico.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, unless defendant is returned to Mexico.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 3:00-cr-01125-BTM   Document 209   Filed 06/28/07   PageID.695   Page 8 of 12
Case 3:00-cr-01125-BTM   Document 190   Filed 12/03/2002   Page 5 of 5

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT:      DONALD ROBERT FLOR (1)
CASE NUMBER:    00CR1125-BTM

## SPECIAL CONDITIONS OF SUPERVISION

_X_ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

_X_ Not possess firearms, explosive devices, or other dangerous weapons.

_X_ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

_X_ Defendant Donald Robert Flor make restitution to Pegasus Gold Corporation Liquidating Trust Attn: Harrison J. Goldin, Trustee, 400 Madison Avenue, Suite 10D, New York, NY 10017 in the amount of $544,600.00, to be paid in installments of $500.00 per month, to be increased or decreased on changed circumstances.

_X_ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

_X_ Provide complete disclosure of all personal and business financial records to the probation officer when requested.

___ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medications without permission. The Court authorizes the release of the pre-sentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant shall consent to the release of evaluations and treatment information to the probation officer and the Court by the mental health provider.

_X_ Reside in a community treatment/corrections center for a period of 180 days commencing upon release.

_X_ Defendant may perform 400 hours of community service in lieu of the last sixty (60) days in the community corrections facility.

## RESTITUTION, FORFEITURE, OR OTHER PROVISIONS OF THE JUDGMENT

It is so ordered, that the defendant Donald Robert Flor make restitution to Pegasus Gold Corporation Liquidating Trust Attn: Harrison J. Goldin, Trustee, 400 Madison Avenue, Suite 10D, New York, NY 10017 in the amount of $544,600.00, to be paid in installments of $500.00 per month, to be increased or decreased on changed circumstances.

00CR1125

14939

RECORDING REQUESTED BY
UNITED STATES ATTORNEY
WHEN RECORDED RETURN TO:

UNITED STATES ATTORNEY
FEDERAL OFFICE BUILDING
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893

DOC # 2003-0134121
FEB 05, 2003 2:14 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        7.00



2003-0134121

DEPARTMENT OF JUSTICE
NOTICE OF LIEN FOR FINE AND/OR
RESTITUTION IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

United States Attorney's Office for
the Southern District of California

Serial Number
2003Z00104/001

Notice is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belong to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant/SSN: Donald Robert Flor/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

Residence:    UNKNOWN,

Amount of Fine/Restitution:    $544,600.00

Court Imposing Judgment: United States District Court Southern District of California

Court Number:   00CR1125-BTM

Date of Judgment:    December 2, 2002

Date of Entry of Judgment: December 4, 2002

Rate of Interest: 1.47

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

IMPORTANT RELEASE INFORMATION--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. §3613(b) by operation of law, but no later than June 4, 2023.

Place of Filing: San Diego County Recorder, 1600 Pacific Hwy., San Diego, CA 92112.

This notice was prepared and signed at United States Attorneys Office, 880 Front Street, Room 6293, San Diego, CA 92101-8893 on January 23, 2003.

Signature

MARY C. LUNDBERG
(619) 557-5977

Title

Assistant U.S. Attorney

EXHIBIT "B"

**OFFICE OF THE LIQUIDATING TRUSTEE
FOR THE PEGASUS GOLD CORPORATION LIQUIDATING TRUST
AND THE PEGASUS GOLD INC LIQUIDATING TRUST**
C/o Goldin Associates, L.L.C.
400 Madison Avenue, 10th Floor
New York, NY 10017

Telephone: (212) 593 - 2255                                         Facsimile: (212) 888 - 2841

January 17, 2006

Ms. Joann Blas
United States Attorney's Office
Southern District of California
880 Front Street, Room 6290
San Diego, CA 92101

   Re: Donald R. Flor

Dear Ms. Blas:

I apologize for not getting back to you sooner. Attached are copies of correspondence with Mr. Flor reflecting that we have received and accepted a one-time payment of $2,500 in full satisfaction of Mr. Flor's obligation to make restitution to Pegasus Gold Corporation.

Please accept this as our advise to the Office of the United States Attorney of this arrangement with Mr. Flor.

Thank you for your attention to this matter.

                Sincerely,

                Seymour Preston Jr.
                For the Trustee


Cc: Mr. Donald R. Flor
   United States Probation Office, att'n Ms. Cara McDonald
   Michael P. Richman, Esq.

EXHIBIT "C"

| | |
|---|---|
| 1 | JAMES W. BESHEARS (SBN 89143) |
| | Attorney at Law |
| 2 | 110 West "C" Street, Suite 1300 |
| | San Diego, CA 92101 |
| 3 | Tel: 619/233-7079 |
| | Fax: 619/233-1018 |
| 4 | |
| 5 | Attorney for Debtor |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. |
| | ) | |
| v. | ) | **PROOF OF SERVICE BY MAIL** |
| | ) | |
| DONALD ROBERT FLOR, | ) | |
| | ) | |
| Defendant. | ) | |

I, the undersigned, declare that, I am over the age of eighteen years and not a party to the action. I am employed in, or am a resident of the County of San Diego, California. My address is 110 West C Street, Suite 1300, San Diego, California 92101.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On June 12, 2007, I served the foregoing documents described as:

**STIPULATION FOR ENTRY OF SATISFACTION OF JUDGMENT AND ORDER THEREON**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

/ / /

/ / /

1

| | |
|---|---|
| 1 | |
| 2 | Mary C. Lundberg<br>Assistant U.S. Attorney<br>880 Front Street, Room 6293 |
| 3 | San Diego, CA 92101-8893 |
| 4 | |
| 5 | I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit |
| 6 | in the United States Postal Service, this same day, at my business address shown above, following |
| 7 | ordinary business practices. |
| 8 | I declare under penalty of perjury under the laws of the State of California that the foregoing |
| 9 | is true and correct. |
| 10 | Executed on June 12, 2007, at San Diego, California. |
| 11 | |
| 12 | |
| 13 | JAMES W. BESHEARS |
| 14 | |